No. 25-1579

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ANDREW KAMAL,

*Plaintiff-Appellant,*

v.

FORD MOTOR COMPANY

*Defendant-Appellee.*

Appeal from the United States District Court
For the Eastern District of Michigan
Case No. 24-cv-12073
The Honorable Judge Laurie J. Michelson

**Defendant-Appellee Ford Motor Company's Reply in Support of Motion to Dismiss Appeal for Lack of Appellate Jurisdiction**

Eric J. Pelton (P40635)
Ryan D. Bohannon (P73394)
David Porter (P76785)
KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.
280 N. Old Woodward Ave., Ste 400
Birmingham, Michigan 48009
(248) 645-0000
epelton@khvpf.com
rbohannon@khvpf.com
dporter@khvpf.com

*Attorneys for Defendant-Appellee*

## ARGUMENT

Kamal concedes that the order on appeal does not resolve all the claims in this action. He suggests that the non-final ruling is nonetheless appealable as a "collateral order."

An appealable collateral order is one that "conclusively determine[s] the disputed question, resolve[s] an important issue completely separate from the merits of the action, and [is] effectively unreviewable on appeal from a final judgment." *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 468 (1978). The issues resolved by the district court on Ford's motion for partial dismissal—whether he stated legally sufficient claims—are not separate from the merits of Kamal's claims. They *are* the merits of Kamal's claims. In addition, the order granting partial dismissal will merge into the final judgment and, thus, can be effectively reviewed on appeal from the final judgment.

For these reasons, this Court has repeatedly rejected the suggestion that orders granting partial dismissal under Rule 12(b)(6) for failure to state a claim are immediately appealable as "collateral orders." *See Harris v. Nationwide Mut. Fire Ins. Co.*, No. 12-5765 (6th Cir. Oct 22, 2012) (order); *Young v. U.S. Dep't of Treasury-Internal Revenue Serv.*, No.

20-5502, 2020 WL 4719212, at *1 (6th Cir. June 19, 2020) ("Nor was the partial dismissal an immediately appealable 'collateral order[.]' "); *see also Vinal v. SunTrust Mortg. Inc.,* 583 F. App'x 269 (4th Cir. 2014). Kamal cites no decision to the contrary.[1]

## CONCLUSION

Ford requests this Court to dismiss Kamal's appeal for lack of jurisdiction.

        Respectfully submitted,

        KIENBAUM HARDY
        VIVIANO PELTON & FORREST, P.L.C.

        By: *s/David Porter*
            Eric J. Pelton (P40635)
            Ryan D. Bohannon (P73394)
            David Porter (P76785)
        Attorneys for Defendant
        280 N. Old Woodward Ave., Ste 400
        Birmingham, MI 48009
        epelton@khvpf.com
        rboahnnon@khvpf.com

Dated: August 26, 2025        dporter@khvpf.com

---

[1] None of the authority cited by Kamal involves an appeal of an order granting a motion for partial dismissal for failure to state a claim under Rule 12(b)(6). Indeed, several of the cases do not stand for the propositions that Kamal claims they do. In a recent order, the District Court admonished Kamal for similar conduct. Order, ECF No. 33, PageID.539 ("The Court recognizes that Kamal is proceeding *pro se*. But it is still his responsibility to ensure that he is properly citing case law and the propositions for which the cases stand.").

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1.  This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion does not exceed 5,200 words. This document contains 381 words.

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Century Schoolbook.

Respectfully submitted,

KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.

By: *s/David Porter*
    Eric J. Pelton (P40635)
    Ryan D. Bohannon (P73394)
    David Porter (P76785)
Attorneys for Defendant
280 N. Old Woodward Ave., Ste 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com
rbohannon@khvpf.com
dporter@khvpf.com

Dated:  August 26, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                          s/ *David Porter*
                                          David Porter (P76785)
                                          Kienbaum Hardy
                                          Viviano Pelton & Forrest, P.L.C.
                                          280 N. Old Woodward Ave., Ste 400
                                          Birmingham, MI 48009
                                          (248) 645-0000
                                          dporter@khvpf.com

580559