**NOT RECOMMENDED FOR PUBLICATION**

No. 25-1579

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 27, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| ANDREW MAGDY KAMAL,  )  <br>  )  <br>  Plaintiff-Appellant,  )  <br>  )  <br>  )  ON APPEAL FROM THE UNITED <br> v.  )  STATES DISTRICT COURT FOR <br>  )  THE EASTERN DISTRICT OF <br> FORD MOTOR COMPANY,  )  MICHIGAN <br>  )  <br>  Defendant-Appellee.  )  | |

O R D E R

Before: STRANCH, READLER, and MATHIS, Circuit Judges.

This matter is before the court upon a motion to dismiss.

Andrew Magdy Kamal filed a civil action against Ford Motor Company, asserting seven claims. Ford moved dismiss two of those claims. On June 16, 2025, the district court granted Ford's motion. Kamal filed a notice of appeal shortly thereafter. Ford moves to dismiss the appeal for lack of jurisdiction.

As Ford argues, we lack jurisdiction over this appeal. The order that Kamal seeks to appeal did not dispose of all claims involved in this action and did not direct entry of a final, appealable judgment under Federal Rule of Civil Procedure 54(b). *See Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 742-45 (1976); *Solomon v. Aetna Life Ins. Co.*, 782 F.2d 58, 59-61 (6th Cir. 1986). The partial dismissal is also not an immediately appealable "collateral" order under the doctrine announced in *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 546–47 (1949). And no final decision regarding the remaining claims has been entered during the pendency of this appeal. *See Gillis v. U.S. Dep't of Health & Hum. Servs.*, 759 F.2d 565, 569 (6th Cir. 1985).

No. 25-1579
- 2 -

The motion to dismiss is **GRANTED** and the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk